**Order entered May 31, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01024-CR

**JESSICA JEWEL CORIN BENTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F16-41572-X**

## ORDER

Before the Court is the State's May 30, 2019 motion for extension of time to file its brief.

We **GRANT** the motion and **ORDER** the brief received on May 30th filed as of the date of this order.

/s/    CORY L. CARLYLE
        JUSTICE